(May 21, 2015)

■ In the Matter of JOHN POLZELLA, Appellant, v ANDREA EVANS, Respondent. [8 NYS3d 563]—Order and judgment (one paper), Supreme Court, Bronx County (Howard H. Sherman, J.), entered February 14, 2012, which, to the extent appealed from as limited by the briefs, denied the petition brought pursuant to CPLR article 78 to annul respondent's determination dated December 29, 2010, finding that petitioner violated the conditions of his parole, revoking his parole and imposing on him an assessment of 24 months of additional imprisonment, and dismissed the proceeding, unanimously reversed, on the law, without costs, the petition granted, respondent's determination annulled, and petitioner reinstated to parole.

Respondent was required to determine petitioner's mental competency before the parole revocation hearing could proceed since it appears that petitioner is not mentally competent and was incapable of participating in the parole revocation hearing or of assisting his counsel in doing so (*see Matter of Lopez v Evans*, 25 NY3d 199 [2015]). Concur—Sweeny, J.P., Renwick, Feinman and Clark, JJ.